[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
NOV 04 2021 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Felicia Gardner )
Plaintiff )
)
v. )
)
Chicago Police )
Jane Doe )
Defendant )

Case Number: 1:21-cv-05638

Judge: Sara L. Ellis

Magistrate Judge: Young B. Kim

## Reconsider Motion

I filed for an emergency motion 10-22-21 because COPA, Chicago police and the director of FOIA refused to give me my report. I asked for my report numerous of times and no respond. I email and telephone but no reply. I need the officers name at Holy Cross Hospital who injury me. Nov. 1, 2019 in the emergency room at 9:00 Am

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]